UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OVATION HOLDINGS, INC.; and
ENCORE BANK, N.A.,

      Plaintiffs,

v.

CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON SUBSCRIBING TO POLICY NO.
BPB-1213N0-00001, and MONTPELIER
CAPITAL LIMITED,

      Defendants.

Case No. 8:15-cv-01792-JDW-AEP

## DEFENDANTS' DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the Defendants, Certain Underwriters at Lloyd's, London Subscribing to Policy No. BPB-1213N0-P00001 and Montpelier Capital Limited n/k/a Endurance Corporate Capital Ltd. disclose that each is a wholly owned subsidiary and that the following are corporations that may have an interest in the outcome of the action, including parent corporations and, where indicated, publicly traded companies:

    1.    Antares Underwriting Limited

    2.    Antares Capital I Limited

    3.    Treimco Limited

    4.    Antares Capital III Limited

    5.    Antares Capital IV Limited

    6.    Antares Reinsurance Ltd.

7. Antares Holdings Limited

8. Qatar Insurance Company (a publicly traded company listed on the Qatar Stock Exchange)

9. Transatlantic Holdings, Inc.

10. Alleghany Insurance Holdings, LLC

11. Alleghany Corporation (a publicly traded company listed on the New York Stock Exchange)

12. Barbican Corporate Member Limited

13. Barbican Holdings (UK) Limited

14. Barbican Reinsurance Limited

15. Barbican Group Holdings Limited

16. Millhill Holdings Ltd.

17. Endurance Corporate Capital Ltd.

18. Endurance Specialty Holdings Ltd. (a publicly traded company listed on the New York Stock Exchange)

Submitted this 20th day of October, 2015.

GORDON & REES LLP

*/s/ Craig A. Jacobson*

WILLIAM R. LEWIS, ESQ.
Florida Bar No.:  0879827
wlewis@butler.legal
Secondary:  eservice@butler.legal
BUTLER WEIHMULLER KATZ CRAIG LLP
400 N. Ashley Drive, Suite 2300
Tampa, Florida  33602
Telephone:     (813) 281-1900
Facsimile:       (813) 281-0900

-and-

RANDALL I MARMOR, ESQ.
rmarmor@gordonrees.com
CRAIG A. JACOBSON, ESQ.
craig.jacobson@gordonrees.com
GORDON & REES LLP
One North Franklin, Suite 800
Chicago, Illinois 60606
Telephone: (312) 565-1400
Facsimile: (312) 565-6511

*Attorneys for Defendants, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NO. BPB-1213N0-P00001 and MONTPELIER CAPITAL LIMITED n/k/a Endurance Corporate Capital Ltd.*

3

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on October 20, 2015, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system.  I further certify that a true and correct copy of the foregoing has been furnished this day via Electronic Mail to:

      Kenneth H. Haney, Esq.
      Keely F. Morton, Esq.
      QUARLES & BRADY LLP
      1395 Panther Lane, Suite 300
      Naples, FL  34109-7874
      kenneth.haney@quarles.com
      keeley.morton@quarles.com

      Patrick S. Nolan, Esq.
      Alexandra Shortridge, Esq.
      QUARLES & BRADY LLP
      411 East Wisconsin Avenue
      Suite 2350
      Milwaukee, WI 53202
      patrick.nolan@quarles.com
      alexandra.shortridge@quarles.com
      *Attorneys for Plaintiffs, Ovation Holdings, Inc.*
      *and Encore Bank, N.A.*

                       */s/ Craig A. Jacobson*
                       CRAIG A. JACOBSON, ESQ.